# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| ROBERT J. WOODSFORD, | 2:10-cv-01996-MMD-VCF |
| Plaintiff, | **ORDER** |
| vs. | |
| FRIENDLY FORD, | |
| Defendant. | |

Before the Court is Defendant's Motion for Waiver of Attendance of Insurance Representative at Settlement Conference (#40). The settlement conference is scheduled for January 28, 2013.

**Background:**

Defendant seeks permission to excuse the physical presence of Gary Kopacz, insurance representative for HARCO insurance, at the settlement conference. *Id.* Defendant states that in order for Mr. Kopacz to appear at the settlement conference, he would have to travel on Sunday from Chicago to Las Vegas in inclement weather. *Id.* Mr. Kopacz is available by telephone as needed and, "representatives from Friendly Ford (which would be partially responsible for any payment) will be physically present." *Id.*

///

///

///

**Discussion:**

The only explanation for this request is to minimize travel burden and expense. The Court finds that Defendant failed to demonstrate good cause for excusing Mr. Kopacz's physical attendance from the settlement conference.

Accordingly,

IT IS HEREBY ORDERED that Defendant's Motion for Waiver of Attendance of Insurance Representative at Settlement Conference (#40) is DENIED.

DATED this 21st day of November, 2012.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE