FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
3800 Howard Hughes Parkway
Suite 950
Las Vegas, NV 89169
Telephone: (702) 252-3131
Facsimile: (702) 252-7411

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT J. WOODSFORD, | ) |
| | ) Case No. 2:10-cv-01996-MMD-VCF |
| Plaintiff, | ) |
| | ) |
| vs. | ) **STIPULATION AND ORDER FOR** |
| | ) **DISMISSAL** |
| FRIENDLY FORD, a Nevada Corporation, Does I-X and Roe Business Entities I-X, | ) |
| | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED AND AGREED by and between the parties' counsel of record that this matter be dismissed with prejudice, with each party to bear their own costs and attorney's fees.

KEMP & KEMP

By: /s/ James P. Kemp, Esq.
7435 W. Azure Dr.
Suite 110
Las Vegas, Nevada 89130
Attorneys for Plaintiff

FISHER & PHILLIPS LLP

By: /s/ Scott M. Mahoney, Esq.
3800 Howard Hughes Parkway
Suite 950
Las Vegas, Nevada 89169
Attorneys for Defendant

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: February 12, 2013

- 1 -

LasVegas 96610.1